UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAGDALENA KOVACS,

                       Plaintiff,

      – against –                    02 CV 3239 (SLT)(CLP)

NINA KUNICK, BRIAN PINTO and
PERFORMANCE INSURANCE COMPANY,

                       Defendants.
-----------------------------------------------------------X
ALLSTATE INSURANCE COMPANY,         O R D E R

                       Plaintiff,

      – against –                    03 CV 2178 (SLT)(CLP)

MAGDALENA KOVACS, PERFORMANCE
INSURANCE COMPANY and SERGIO TAPIA,

                       Defendants.
-----------------------------------------------------------X

**TOWNES, United States District Judge:**

     On September 30, 2005, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation ("R&R") in the second of the two above-entitled related matters (03 CV 2178). No objection to the R&R has been filed with the Court as of the date of this Order.

     Accordingly, the Court hereby ADOPTS and AFFIRMS the R&R.

     SO ORDERED.

Dated: Brooklyn, New York
        November 9, 2005

                                     /s/ SANDRA L. TOWNES
                                     United States District Judge

FILED
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D. N.Y.
NOV 14 2005
TIME A.M. _____
P.M. _____